IN RE:  FILED  CASE NO. 08-51595

CHERYL MARIE TAUNT  2011 JUN -6 PM 3:25  CHAPTER 7

     Debtor  U.S. BANKRUPTCY COURT  REPORT OF UNCLAIMED
                NORTHERN DISTRICT OF OHIO  DIVIDEND
                AKRON

    Harold A. Corzin, Trustee herein, reports that check #101, #102 and #103 were issued on March 3, 2011 to the claimants set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said checks have not been negotiated. The Trustee thus issues check #112 to the Clerk of Courts in the amount of $2,314.47 as and for unclaimed dividends herein for the Claimants as set forth in the attached Stale Check Report.

                                  /s/
                              HAROLD A. CORZIN, TRUSTEE
                              304 N. Cleveland-Massillon Road
                              Akron, Ohio 44333
                              (330) 670-0770
                              (330) 670-0297 Facsimile
                              Hcorzin@csu-law.com

June 2, 2011

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-51595 - TAUNT, CHERYL MARIE

| Account No. | | | | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-02233232-66 | | | | | | | | $2,314.47 |

| Cancelled Account No. | Claim No. | Check No. | Cancelled Check No. | Issued | Filed | Priority | Payee Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 112 | | 06/02/11 | | 610 | U. S. BANKRUPTCY COURT | | | | |
| 9200-02233232-66 2-2 | 101 | | | 08/29/08 | 08/29/08 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 10,833.41 | 10,833.41 | 832.47 | 832.47 |
| 9200-02233232-66 3-2 | 102 | | | 08/29/08 | 08/29/08 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 9,284.00 | 9,284.00 | 713.40 | 713.40 |
| 9200-02233232-66 4-2 | 103 | | | 08/29/08 | 08/29/08 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 10,002.39 | 10,002.39 | 768.60 | 768.60 |

*[Handwritten annotations: "2,314.47", "Ck # 112", "Receipt # 82394"]*

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.